UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATHY KERR

      Plaintiff,                                                 Case No. 16-cv-04146-FB-ST

      v.

MONTEREY FINANCIAL SERVICES, INC.

      Defendant.

---

## **NOTICE OF SETTLEMENT**

The parties, by and through their respective counsel, hereby inform the Court that a settlement has been reached in the above matter. The parties are finalizing the terms of the settlement and anticipate that they will be in a position to file a stipulation of discontinuance in 60 days.

DATED:      January 20, 2017

| | |
|---|---|
| /s Josh Markovits | /s Brendan H. Little |
| Jos Markovits, Esq. | Brendan H. Little, Esq. |
| Lemberg Law, LLC | Lippes Mathias Wexler Friedman LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 43 Danbury Road | 50 Fountain Plaza, Suite 1700 |
| Wilton, CT 06897 | Buffalo, NY 14202 |
| P: 203-653-2250 | P: 716-853-5100 |
| F: 203-653-3424 | F: 716-853-5199 |
| jmarkovits@lemberglaw.com | blittle@lippes.com |